FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, et al., ) | No. EDCV 13-2213-VAP(CW) |
| Petitioners, ) | JUDGMENT |
| v. ) | |
| BARACK OBAMA, et al., ) | |
| Respondents. ) | |

**IT IS ADJUDGED** that the petition is summarily dismissed, without prejudice, for reasons stated in the accompanying order.

DATED: Dec 12 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge